*B. T. Castellow, solicitor-general, R. R. Arnold, E. C. Hill,* contra.

---

### 18271.   HARDEN *v.* THE STATE.

BROYLES, C. J.  The verdict was amply authorized by the evidence, and the grounds of the motion for a new trial show no cause for a reversal of the judgment below.
          *Judgment affirmed.   Luke and Bloodworth, JJ., concur.*
                     DECIDED JULY 26, 1927.

Burglary; from Fulton superior court—Judge Pomeroy.  May 7, 1927.

*H. A. Allen,* for plaintiff in error.

*John A. Boykin, solicitor-general, J. W. LeCraw, J. H. Hudson,* contra.

---

Criminal Law, 16 C. J. p. 1180, n. 74.